UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| THE EXTRADITION OF ) | Misc. No. 25-123 |
| ) | |
| ANATOLII LEGKODYMOV ) | |

ORDER

AND NOW, to wit this 19th day of February, 2025, it appearing to the Court that, upon the representation of the United States Attorney's Office that there is no further necessity that the Complaint and Arrest Warrant remain sealed,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant filed at the above number and sealed on February 10, 2025, be unsealed.

_____
HONORABLE CHRISTOPHER B. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney